February 12, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas 78702



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 17 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Motion For Extension of Time

   Robert C. Morris vs. Sherri milligan, et Al.
   No. 12-14-00332     T/C no. 349-6270

Dear Court Clerk,

   Please find enclosed my Motion For Extension Of Time To File Pro Se Appellant Brief in the above styled numbered cause to be filed and presented to the Court for consideration and ruling.

   Please note that on this date, a true and correct copy of this pleading has been served upon the Appellees through their counsel.

   Please notify me when the Court has entered a ruling on this extension at the earliest convience please.

   Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

                                        Sincerely,

                                        Robert C. Morris
                                        Appellant Pro Se
                                        TDCJ-ID # 1311083
                                        Smith Unit
                                        1313 Cr 19
                                        Lamesa, TX   79331

enclosure(s): 1-2pqs.
cc: file
    Patrick Brezik, Asst. Attorney General

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                          §

vs.                                       §          NO. 12-14-00332-CV

SHERRI MILLIGAN, ET AL.                   §          T/C NO. 349-62170

FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB 17 2015
TYLER TEXAS
CATHY S. LUSK CLERK

MOTION FOR EXTENSION OF TIME
TO FILE PRO SE APPELLANT BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Robert C. Morris, Pro Se Appellant, in the above styled numbered cause and respectfully files and submits this his first Motion for Extension of Time to File Pro Se Appellant Brief, purusuant to the Rules of Appellate Procedure. Morris shows cause for an 30-day extension through the following.

I.

Morris is currently incarcerated in the Smith Unit of TDCJ in Lamesa, Texas. Morris is limited to the hours to access the Law Library to a maximum of 10 hours a weeks. He is not educated nor verse in the law and the complex issues to be raised in this appeal.

To further cause request for extesion of time, the Smith Unit Law Library and all TDCJ law libraries are out-dated, inadequate for researching issues. Morris is limited to using out-dated law books to find cases that are from 2006 or older, unless he takes several steps to locate current case laws, which he is then limited to the access, causing delays to obtain research material.

Therefore, Morris request the Court to grant a 30-day extension to file his Pro Se Appellant Brief.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the Appellant Robert C. Morris, prays the Court grants an extension of time for 30 days moving the filing deadline from February 15, 2015 to a new deadline of March 17, 2015, in the interest of justice.

Respectfully Submitted,

Dated: February 12, 2015

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas 79331

## CERTIFICATE OF SERVICE

I, Robert C. Morris, declare under penalty of perjury, that the foregoing is true and correct, and further certify that a true and correct copy of this pleading has been served upon Patrick Brezik, Asst. Attorney General, PO Box 12548, Austin, TX 78711-2548 by placing in the Smith Unit/TDCJ prison Mail System on this the 12th day of February, 2015.

Robert C. Morris
TDCJ-ID # 1311083
Appellant Pro Se